# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**LORETHA PORTER**                                                                                            **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 5:09CV33-DCB-JMR**

**CLAIBORNE COUNTY, MISSISSIPPI; ET AL,**                         **DEFENDANTS**

## ORDER OF DISMISSAL

**THIS CAUSE** came on joint motion ore tenus for dismissal with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), and being advised in the premise, the Court ORDERS AS FOLLOWS: that all pending motions are hereby denied as moot and the instant case is hereby dismissed with prejudice with each party to bare their own costs.

**SO ORDERED** this <u>30th</u> day of <u>September</u>, 2009.

                                                   <u>s/David Bramlette</u>
                                                   U.S. DISTRICT COURT JUDGE

APPROVED AND AGREED:

By:      /S/ *Anthony R. Simon*
        Anthony R. Simon, MS Bar No. 10009
        *Attorney for Plaintiff*
        **ANTHONY R. SIMON, PLLC**
        P. O. Box 749
        Jackson, MS 39205
        Phone: 601-960-0400
        Fax: 601-960-0410
        Email: anthonysimonpllc@bellsouth.net


By:      /S/ *Daniel J. Griffith*
        Daniel J. Griffith, MS Bar No. 8366
        A. Michael Espy , MS Bar No. 5240
        *Attorneys for Defendants*

Of Counsel for Defendants:

**GRIFFITH & GRIFFITH**
123 South Court Street
P. O. Drawer 1680
Cleveland, MS 38732
Phone No. 662-843-6100
FAX No. 662-843-8153

**A. MICHAEL ESPY, ESQ.**
Claiborne County Board Attorney
P. O. Box 24205
317 E. Capitol Street, Suite 101
Jackson, MS 39225-9101
Phone: (601) 355-9101
Fax: (601) 355-6021
E-mail: mike@mikespy.com